| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA DIVISION

| In re: | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| **Alejandro Pareja**<br><br>Debtor(s). | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 09/14/2026 Alejandro Pareja
Printed name of Debtor 1

Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ______________ ______________________________ ______________________________

Printed name of Debtor 2 Signature of Debtor 2

gusto

# Earnings Statement

Pay period: Jul 20, 2026 - Aug 2, 2026 Pay Day: Aug 7, 2026
Alejandro n pareja ( . . . 2139): $2,138.50 Trace ID: 021000028668403

**Company**

Cafe Marlena LLC
Café Marlena, LLC
6901 Laurelhurst Dr
Huntington Beach, CA 92647
415-624-6017

**Employee**

Alejandro Pareja
XXX-XX-9780
1684 Whittier Ave
Spc 48
Costa mesa, CA 92627

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Hourly | $16.90 | 49.93 | $843.82 | $12,161.26 |
| Overtime ¶ | | | | $3.04 |
| Paycheck Tips | | | $2,048.26 | $26,610.06 |
| **Totals** | | **49.93** | **$2,892.08** | **$38,774.36** |
| | | | | |
| **Federal Tax Deductible Earnings§** | | | | |
| Tips (qualified occupations) | | | $2,048.26 | $26,610.06 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $271.19 | $3,260.43 |
| Social Security | $179.31 | $2,404.01 |
| Medicare | $41.94 | $562.23 |
| CA State Income Tax | $107.86 | $1,188.47 |
| CA SDI | $37.60 | $504.07 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $179.31 | $2,404.01 |
| Medicare | $41.94 | $562.23 |
| FUTA | $0.00 | $42.00 |
| CA SUI | $0.00 | $378.01 |
| CA ETT | $0.00 | $7.00 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Guideline Traditional 401(k) | 401(k) | $115.68 | $1,550.96 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,892.08 | $38,774.36 |
| Pre-Tax Deductions/Contributions | $115.68 | $1,550.96 |
| Taxes | $637.90 | $7,919.21 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $2,138.50 | $29,304.19 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $2,138.50 | $29,304.19 |
| Total Hours Worked | 49.93 | 720.76 |

**Sick Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | +1.66 |
| Remaining Sick Balance | 37.68 |

§ Federal Tax Deductible Earnings can be used to calculate tax deductions against your individual income taxes.

gusto

# Earnings Statement

Pay period: Aug 17, 2026 - Aug 30, 2026 Pay Day: Sep 4, 2026

**Company**

Cafe Marlena LLC
Café Marlena, LLC
6901 Laurelhurst Dr
Huntington Beach, CA 92647
415-624-6017

**Employee**

Alejandro Pareja
XXX-XX-9780
1684 Whittier Ave
Spc 48
Costa mesa, CA 92627

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Hourly | $16.90 | 39.33 | $664.68 | $13,369.11 |
| Overtime ¶ | | | | $3.04 |
| Paycheck Tips | | | $1,773.63 | $29,713.26 |
| **Totals** | | **39.33** | **$2,438.31** | **$43,085.41** |
| | | | | |
| **Federal Tax Deductible Earnings§** | | | | |
| Tips (qualified occupations) | | | $1,773.63 | $29,713.26 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $197.05 | $3,589.37 |
| Social Security | $151.18 | $2,671.30 |
| Medicare | $35.36 | $624.74 |
| CA State Income Tax | $71.55 | $1,296.08 |
| CA SDI | $31.70 | $560.12 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $151.18 | $2,671.30 |
| Medicare | $35.36 | $624.74 |
| FUTA | $0.00 | $42.00 |
| CA SUI | $0.00 | $378.01 |
| CA ETT | $0.00 | $7.00 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Guideline Traditional 401(k) | 401(k) | $97.53 | $1,723.40 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,438.31 | $43,085.41 |
| Pre-Tax Deductions/Contributions | $97.53 | $1,723.40 |
| Taxes | $486.84 | $8,741.61 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,853.94 | $32,620.40 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,853.94 | $32,620.40 |
| Total Hours Worked | 39.33 | 792.23 |

**Sick Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | +1.25 |
| Remaining Sick Balance | 40.00 |

§ Federal Tax Deductible Earnings can be used to calculate tax deductions against your individual income taxes.

gusto

# Earnings Statement

Pay period: Jul 6, 2026 - Jul 19, 2026 Pay Day: Jul 24, 2026
Alejandro n pareja ( . . . 2139): $2,417.12 Trace ID: 021000022678423

**Company**

Cafe Marlena LLC
Café Marlena, LLC
6901 Laurelhurst Dr
Huntington Beach, CA 92647
415-624-6017

**Employee**

Alejandro Pareja
XXX-XX-9780
1684 Whittier Ave
Spc 48
Costa mesa, CA 92627

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Hourly | $16.90 | 54.39 | $919.19 | $11,317.44 |
| Overtime ¶ | | | | $3.04 |
| Paycheck Tips | | | $2,463.31 | $24,561.80 |
| **Totals** | | **54.39** | **$3,382.50** | **$35,882.28** |
| | | | | |
| **Federal Tax Deductible Earnings§** | | | | |
| Tips (qualified occupations) | | | $2,463.31 | $24,561.80 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $374.77 | $2,989.24 |
| Social Security | $209.71 | $2,224.70 |
| Medicare | $49.04 | $520.29 |
| CA State Income Tax | $152.59 | $1,080.61 |
| CA SDI | $43.97 | $466.47 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $209.71 | $2,224.70 |
| Medicare | $49.04 | $520.29 |
| FUTA | $0.00 | $42.00 |
| CA SUI | $0.00 | $378.01 |
| CA ETT | $0.00 | $7.00 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Guideline Traditional 401(k) | 401(k) | $135.30 | $1,435.28 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $3,382.50 | $35,882.28 |
| Pre-Tax Deductions/Contributions | $135.30 | $1,435.28 |
| Taxes | $830.08 | $7,281.31 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $2,417.12 | $27,165.69 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $2,417.12 | $27,165.69 |
| Total Hours Worked | 54.39 | 670.83 |

**Sick Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | +1.81 |
| Remaining Sick Balance | 36.02 |

§ Federal Tax Deductible Earnings can be used to calculate tax deductions against your individual income taxes.

gusto

# Earnings Statement

Pay period: Aug 3, 2026 - Aug 16, 2026 Pay Day: Aug 21, 2026
Alejandro n pareja ( . . . 2139): $1,462.27 Trace ID: 021000027709859

**Company**

Cafe Marlena LLC
Café Marlena, LLC
6901 Laurelhurst Dr
Huntington Beach, CA 92647
415-624-6017

**Employee**

Alejandro Pareja
XXX-XX-9780
1684 Whittier Ave
Spc 48
Costa mesa, CA 92627

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Hourly | $16.90 | 32.14 | $543.17 | $12,704.43 |
| Overtime ¶ | | | | $3.04 |
| Paycheck Tips | | | $1,329.57 | $27,939.63 |
| **Totals** | | **32.14** | **$1,872.74** | **$40,647.10** |
| | | | | |
| **Federal Tax Deductible Earnings§** | | | | |
| Tips (qualified occupations) | | | $1,329.57 | $27,939.63 |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $131.89 | $3,392.32 |
| Social Security | $116.11 | $2,520.12 |
| Medicare | $27.15 | $589.38 |
| CA State Income Tax | $36.06 | $1,224.53 |
| CA SDI | $24.35 | $528.42 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $116.11 | $2,520.12 |
| Medicare | $27.15 | $589.38 |
| FUTA | $0.00 | $42.00 |
| CA SUI | $0.00 | $378.01 |
| CA ETT | $0.00 | $7.00 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Guideline Traditional 401(k) | 401(k) | $74.91 | $1,625.87 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| None | – | $0.00 | $0.00 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $1,872.74 | $40,647.10 |
| Pre-Tax Deductions/Contributions | $74.91 | $1,625.87 |
| Taxes | $335.56 | $8,254.77 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,462.27 | $30,766.46 |
| Total Reimbursements | $0.00 | $0.00 |
| Check Amount | $1,462.27 | $30,766.46 |
| Total Hours Worked | 32.14 | 752.9 |

**Sick Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | +1.07 |
| Remaining Sick Balance | 38.75 |

§ Federal Tax Deductible Earnings can be used to calculate tax deductions against your individual income taxes.